IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



**FILED**

JAN 1 8 2017

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17CR 3 ___ RC/JDL |
| | § | Judge _____ |
| | § | |
| SALBADOR VILLA-SIMENTAL | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. § 1326(a) & (b)(2)
(Illegal reentry following removal)

On or about December 1, 2016, in Smith County, in the Eastern District of Texas,

the defendant **Salbador Villa-Simental**, an alien, who had previously been arrested and

removed from the United States to Mexico on December 19, 2008, and who had not

received the consent of the Secretary of the Department of Homeland Security to re-apply

for admission, was found to be knowingly and unlawfully in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

## Count Two

Violation: 18 U.S.C. § 2250(a)
(Failure to register as a sex offender)

From on or about April 5, 2009, the exact date being unknown to the United States

Grand Jury, and continuing until on or about November 28, 2016, in the Eastern District

of Texas and elsewhere, **Salbador Villa-Simental**, defendant herein, a person required to

register under the Sex Offender Registration and Notification Act, traveled in interstate

and foreign commerce, and did knowingly and unlawfully fail to register and update his

registration.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL

GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

ALLEN H. HURST                          1-18-17
Assistant United States Attorney              Date
Texas Bar Card No. 10313280
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Allen.hurst@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17CR_____ |
| | § | Judge _____ |
| | § | |
| SALBADOR VILLA-SIMENTAL | § | |

## NOTICE OF PENALTY

### Count One

Violation:     8 U.S.C. § 1326(a) and (b)(2)

Penalty:      Imprisonment for not more than 20 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years.

Special Assessment:  $100.00

### Count Two

Violation:     18 U.S.C. § 2250(a)

Penalty:      Imprisonment for not more than ten (10) years; a fine not to exceed $250,000, or both; and a term of supervised release of not less than five (5) years to life.

Special Assessment:  $100.00